Eddie Eugene MORTON, Appellant, v. STATE of Texas, Appellee.

No. 23293.

Court of Criminal Appeals of Texas.

Feb. 20, 1946.

Peden & Stevens, of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft, punishment assessed at two years in the penitentiary.

Appellant has filed with this court his affidavit advising that he does not wish to further prosecute the appeal.

At request of appellant the appeal is dismissed.

---

Howard RUTLAND and Earl Jim Seber, Appellants, v. STATE of Texas, Appellee.

No. 23365.

Court of Criminal Appeals of Texas.

Feb. 20, 1946.

C. W. Falvey, of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction was for theft, punishment assessed at five years' confinement in the penitentiary for each of appellants.

Appellants have filed with this court proper affidavit advising that they no longer desire to prosecute this appeal.

The appeal is dismissed at request of appellants.